1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALFREDO RUSSI,                              No.  2:15-cv-1130 GEB KJN P

12                    Plaintiff,

13          v.                                     ORDER

14    T. VANG, et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42

18    U.S.C. § 1983.  On June 2, 2015, plaintiff was ordered to file a completed in forma pauperis

19    affidavit and a certified trust account statement within thirty days.  Plaintiff failed to file either

20    document, and failed to respond to the court order.  On July 21, 2015, the undersigned filed

21    findings and recommendations that recommended that this action be dismissed.  On July 28,

22    2015, plaintiff filed a prison trust account statement, but the statement is not certified by prison

23    officials.  Moreover, the previously submitted application to proceed in forma pauperis did not

24    include the certificate portion that is required to be completed by prison officials.  Title 28 U.S.C.

25    § 1915(a)(1) and (2) require that plaintiff provide such documents.

26          In an abundance of caution, plaintiff is provided one final opportunity in which to file a

27    completed in forma pauperis affidavit and a prison trust account statement for the last six month

28    period which is certified by prison officials.  The July 21, 2015 findings and recommendations are

1

held in abeyance pending this additional period of time.  Plaintiff is cautioned that failure to timely submit both certified documents will result in the dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff is granted fourteen days from the date of this order in which to submit a completed application to proceed in forma pauperis, along with a prison trust account statement that is certified by prison officials;

2.  The Clerk of the Court is directed to send plaintiff an application to proceed in forma pauperis by a prisoner; and

3.  Failure to timely comply with this order will result in the dismissal of this action.

Dated:  August 28, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/russ1130.ext

2